IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Horton, Mabel W

Printed: 9/23/08

Case Number: 04 B 34916
Judge: Goldgar, A. Benjamin
Filed: 9/21/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: July 15, 2008
Confirmed: November 24, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 10,935.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 7,696.82 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,394.00 |
| Trustee Fee: |  | 555.97 |
| Other Funds: |  | 288.21 |
| Totals: | 10,935.00 | 10,935.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Stefans Stefans & Stefans | Administrative | 2,394.00 | 2,394.00 |
| 2. | First Consumers National Bank | Unsecured | 2,370.97 | 1,459.98 |
| 3. | Resurgent Capital Services | Unsecured | 2,937.85 | 0.00 |
| 4. | Resurgent Capital Services | Unsecured | 8,134.77 | 0.00 |
| 5. | Longwell Associates | Unsecured | 8,996.42 | 5,539.62 |
| 6. | National Quick Cash | Unsecured | 315.00 | 193.97 |
| 7. | Americash Loans, LLC | Unsecured | 594.86 | 354.19 |
| 8. | Check N Go | Unsecured | 250.36 | 149.06 |
| 9. | Devon Financial Services Inc | Unsecured |  | No Claim Filed |
| 10. | Pay Day Loans | Unsecured |  | No Claim Filed |
| 11. | Pay Day Loans | Unsecured |  | No Claim Filed |
| 12. | Verizon Wireless | Unsecured |  | No Claim Filed |
| 13. | Money Market | Unsecured |  | No Claim Filed |
| 14. | Insta Cash | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 25,994.23 | $ 10,090.82 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 37.54 |
| 4% | 16.88 |
| 3% | 12.52 |
| 5.5% | 195.42 |
| 5% | 40.98 |
| 4.8% | 77.61 |
| 5.4% | 175.02 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Horton, Mabel W

Printed: 9/23/08

Case Number: 04 B 34916
Judge: Goldgar, A. Benjamin
Filed: 9/21/04

_____
$ 555.97

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

